IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK BANKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RONALD W. HAYWARD, Esq., )<br>DAVID S. SHRAGER, Esq., )<br>SHRAGER & SHRAGER, THE LAW )<br>OFFICES OF DAVID SHRAGER, )<br>)<br>Defendants. ) | Civil Action No. 06-1572<br>Judge Gary L. Lancaster/<br>Magistrate Judge Amy Reynolds Hay |

### ORDER

AND NOW, this 9th day of Jan, 2007, after the plaintiff, Frederick Banks, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and objections having been filed by plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that, prior to service, the complaint is dismissed pursuant to the Prison Litigation Reform Act (PLRA), as frivolous and/or for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

```
Frederick Banks
05711-068
FCI Butner
Post Office Box 999
Butner, NC 27509
```